CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 8 2005

JOHN F CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH BOWLER, | ) | |
|    Plaintiff, | ) | Civil Action No. 7:05-cv-00634 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| CAPT. TAYLOR, et al., | ) | By: Hon. James C. Turk |
|    Defendants. | ) | Senior United States District Judge |
| | ) | |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's submissions are hereby **FILED** for administrative purposes only as a civil rights complaint, pursuant to 42 U.S.C. §1983; plaintiff's motion for in forma pauperis status shall be and hereby is **DENIED,** pursuant to 28 U.S.C. §1915(g); and the action is hereby **DISMISSED** without prejudice and is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 18th day of October, 2005.

/s/ James C. Turk
Senior United States District Judge